[No. 61768-1-I. Division One. April 6, 2009.]

PACIFIC CONTINENTAL SHIPPERS, LLC, *Respondent*, v. BAKING SYSTEMS, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-2-08507-6, Richard J. Thorpe, J., entered May 22, 2008. *Affirmed* by unpublished opinion per Agid, J., concurred in by Schindler, C.J., and Becker, J.

[No. 36534-1-II. Division Two. April 7, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH LANE SLERT, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 04-1-00043-7, Nelson E. Hunt, J., entered June 11, 2007. *Reversed* and *remanded* by unpublished opinion per Van Deren, C.J., concurred in by Quinn-Brintnall, J.; Penoyar, J., concurring in the result only.

[No. 36954-1-II. Division Two. April 7, 2009.]

TONYA R. WOODARD, *Respondent*, v. DAVID G. HAHN ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-2-05602-1, Vicki L. Hogan, J., entered October 11, 2007. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, A.C.J., and Armstrong, J.

[Nos. 37006-9-II; 37013-1-II. Division Two. April 7, 2009.]

*In the Matter of the Welfare of* T.B. ET AL.

Appeals from a judgment of the Superior Court for Pacific County, No. 07-7-00059-3, Michael J. Sullivan, J., entered October 31, 2007. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, J.; Armstrong, J., dissenting. Now published at 150 Wn. App. 599.